M.D. Appeal Dkt.
47 MAP 2018

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 197 MAL 2018

                                   :

              Respondent       :

                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court

              v.                  :

                                   :

JOSEPH PETRICK,               :

                                   :

             Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of August, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue listed below.  Allocatur is **DENIED** as to all remaining issues. The issue as stated by Petitioner is:

     Whether this Court should grant this petition for allowance of appeal in order to determine whether the courts below had the authority to direct payment of restitution which obligation has been previously discharged in his bankruptcy?